CLARK. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Goodrich* for petitioner. *Mr. Walter M. Bickford* for respondent.

No. 699. MARY D. GRACE, PETITIONER, *v.* CHARLES C. BURLINGHAM ET AL., TRUSTEES. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederic C. Scofield, Mr. Theodore E. Hancock* and *Mr. William J. Grace* for petitioner. *Mr. Charles Stone, Mr. Irving L. Ernst* and *Mr. D. R. Cobb* for respondents.

No. 709. WILLIAM D'ALTON MANN ET AL., PETITIONERS, *v.* SAMUEL DEMPSTER. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Albert A. Wray* for petitioners. *Mr. Charles O. Maas* and *Mr. James A. Wakefield* for respondent.

No. 533. HERBERT S. HADLEY ET AL., PETITIONERS, *v.* ARTHUR C. HUIDEKOPER. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Elliott W. Major* and *Mr. John M. Atkinson* for petitioners. *Mr. John L. Thomas* for respondent.

No. 581. ANNIE LAPINA, PETITIONER, *v.* WILLIAM WILLIAMS, COMMISSIONER OF IMMIGRATION. October 17,

1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. I. Henry Harris* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 694. THOMAS B. STUART ET AL., PETITIONERS, *v.* UNION PACIFIC RAILROAD COMPANY. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. L. T. Michener, Mr. Thomas B. Stuart* and *Mr. Joseph C. Helm* for petitioners. *Mr. Clayton C. Dorsey, Mr. William V. Hodges, Mr. Maxwell Evarts* and *Mr. N. H. Loomis* for respondent.

---

No. 583. WALTER J. GREGORY, PETITIONER, *v.* THE DISTRICT OF COLUMBIA. October 24, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. A. S. Worthington* for petitioner. *Mr. Edward H. Thomas* and *Mr. William Henry White* for respondent.

---

No. 588. WILLIAM B. KRAFT, PETITIONER, *v.* THE DISTRICT OF COLUMBIA. October 24, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Daniel W. Baker* and *Mr. Frank J. Hogan* for petitioner. *Mr. Edward H. Thomas* and *Mr. William Henry White* for respondent.

---

No. 652. ABILENE NATIONAL BANK ET AL., PETITIONERS, *v.* JOSEPH N. DOLLEY, BANK COMMISSIONER, ET